IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02024-REB-KLM

UNITED STATES OF AMERICA,

   Petitioner,

v.

ANTHONY ESTRADA,

   Respondent.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter comes before the court on the government's **Notice of Voluntary Dismissal of Case** [#3] filed October 20, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#3] filed October 20, 2008, is **APPROVED**;

2. That the hearing on the Order to Show Cause set for October 31, 2008, is **VACATED**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE.**

Dated October 21, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**